UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR F-05-461 OWW |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN MONROE, | ) | |
| | ) | |
| Defendant | ) | ORDER RECALLING WARRANT |
| _____ | ) | |

The above-named defendant having appeared before the Court and having been notified of the future dates in this case,

It is hereby ordered that warrant of arrest be recalled.

IT IS SO ORDERED.

**Dated:   March 21, 2006**                             **/s/ Oliver W. Wanger**
emm0d6                                                                UNITED STATES DISTRICT JUDGE

1