IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F-05-461 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN MONROE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

It is ORDERED that the government file any response to the defendant's motion by November 22, 2006.

It is FURTHER ORDERED that the defendant's motion to withdraw his guilty plea be heard on November 27, 2006, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   November 9, 2006**                **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE