IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )  CR. F-05-00461 OWW
                             )
            Plaintiff,       )
                             )
    v.                       )
                             )
SEAN MONROE,                 )
                             )
                             )
            Defendant.       )
                             )
```

ORDER

It is ORDERED that the government file any response to the defendant's motion by December 15, 2006.

It is FURTHER ORDERED that the defendant's motion to withdraw his guilty plea be heard on January 8, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   November 21, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE