IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )  | CR. F-05-00461 OWW |
| Plaintiff,    ) | |
| v.    ) | |
| SEAN MONROE,    ) | |
| Defendant.    ) | |

ORDER

    It is ORDERED that the government file any response to the defendant's motion by January 22, 2007.

    It is FURTHER ORDERED that the defendant's motion to withdraw his guilty plea be heard on January 29, 2007, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   January 5, 2007**    **/s/ Oliver W. Wanger**
emm0d6                           UNITED STATES DISTRICT JUDGE