1  McGREGOR W. SCOTT
United States Attorney
2  DAVID L. GAPPA
Assistant U.S. Attorney
3  2500 Tulare Street
Suite 4401
4  Fresno, California 93721
Telephone:  (559) 497-4000
5

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12
UNITED STATES OF AMERICA,      ) CR. F-05-00461 OWW
13                             )
                Plaintiff,     )
14                             ) STIPULATION REGARDING CONTINUANCE
      v.                       ) OF MOTION HEARING
15                             )
SEAN MONROE,                   ) DATE: July 23rd, 2007
16                             ) TIME: 10:00 a.m.
                               ) PLACE: Courtroom Three
17             Defendant._____ ) JUDGE: Oliver W. Wanger
                               )
18

19

20        The parties have agreed that the date for the hearing on the

21  defendant's motion to withdraw his guilty plea be moved from June

22  11, 2007, to July 23, 2007, at 10:00 a.m.  This continuance is

23  necessary, because the parties have continued to discuss an

24  alternative to litigation of the defendant's motion to withdraw

25  his guilty plea.  The parties met as recently as May 23, 2007,

26  but events beyond the control of counsel and the defendant have

27  precluded the parties from making a final determination of how

28
                                1

1  the case will be resolved.  Accordingly, both parties request

2  that the court continue the matter so that the resources of the

3  court, the parties, and the defendant can be conserved.

4  Dated:    June 7, 2007                    Respectfully submitted,

5                                            McGREGOR W. SCOTT
6                                            United States Attorney

7                                            /s/ David L. Gappa
                                      By:    DAVID L. GAPPA
8                                            Assistant U.S. Attorney

9                                            /s/ Jeff Hammerschmidt
                                             JEFF HAMMERSCHMIDT
10                                           Attorney for Defendant
                                             Sean Monroe
11

12
                                   **ORDER**
13

14      IT IS SO ORDERED.  For the reasons stated in the
   stipulation, the matter is continued to July 23, 2007, at 10:00
15 a.m. and, to the extent it is necessary, time is excluded under
   18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(i) and
16 (iv).

17

18 IT IS SO ORDERED.

19 **Dated:   June 7, 2007**                **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28
                                   2